UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

Case No.______________________

Hon. _________________________

KENNETH HENKE, JR., SHERYL FISHER, SUSAN SAWYER, BRENDA HENKE, MARK HENKE AND RIVERSIDE CHAPEL/SIMPSON-MODETZ FUNERAL HOME,

Defendants.

__________________________________________/

DAVID M. DAVIS (P24006)
JOHN M. BOYDA (P39268)
Attorneys for Plaintiff MetLife
Hardy, Lewis & Page, P.C.
401 S. Old Woodward Avenue, Suite 450
Birmingham, Michigan 48009
(248) 645-0800
dmd@hardylewis.com

__________________________________________/

**INDEX OF EXHIBITS**

| | |
|---|---|
| A | Page 38 of the Summary Plan Description |
| B | Pages 5-6 of the Certificate of Insurance |
| C | August 21, 2014, Beneficiary Designation |
| D | August 15, 1973, Beneficiary Designation |
| E | Decedent's Death Certificate |
| F | Funeral Home Assignment |
| G | Susan Sawyer's Claimant's Statement Dated November 10, 2016 |

| | |
|---|---|
| H | Sheryl Fisher's Letter Submitted in November of 2016 |
| I | Durable Power of Attorney |
| J | Pre-Interpleader Letter from MetLife dated December 1, 2016 |

241103.DOC