# EXHIBIT C

# MetLife

## Group Term Life Insurance Beneficiary Designation

- This form MUST be signed before you return it. See "SECTION IV – Signature" on page 3.
- You can update your designation by using the on-line beneficiary web site at https://mybenefits.metlife.com.

### SECTION I - Insured Information

Customer Number: 983200
Employer Name/Group Policyholder Name: General Motors
First Name: Kenneth
Middle Name: R.
Last Name: Henke
Address – Street: 2035 Huff Rd
City: Johannesburg
State: MI
ZIP Code: 49751
Date of Birth: 12/4/34
Phone Number: [redacted]
SSN: [redacted]

### SECTION II - Plan Information

I elect that the beneficiary designation shown on this form apply only to the plans insured by MetLife that I have indicated below:

[X] All group term life coverage currently in effect  OR  [ ] Basic Life    [ ] Optional Life
                                                         [ ] Personal Accident

### SECTION III - Beneficiary Information

- You MUST designate at least one primary beneficiary. A person may only be listed once. Anyone listed in the primary section cannot be listed in the contingent section.
- The sum of the Primary Beneficiary percentages MUST equal 100%. The sum of the Contingent Beneficiary percentages MUST equal 100%. Dollar amounts, fractions and decimals will not be accepted.
- If you need more space for additional beneficiaries, attach a separate page. Include all beneficiary information, and sign/date the page.

Please complete the section that pertains to the type of beneficiary you are designating.

[X] **A. Individual Beneficiaries**

**Primary Beneficiary** - Your first choice to receive your life insurance proceeds in the event of your death. If any primary beneficiaries predecease you, that person's share will be equally divided among any remaining primary beneficiaries.

| First Name | Middle Initial | Last Name | State | ZIP Code | Share: % |
|---|---|---|---|---|---|
| Susan | D | Sawyer | | | 100 |
| Address – Street: 264 West Ross Ct | | City: Highland | MI | 48357 | |
| Relationship to Employee: Friend | Social Security Number: [redacted] | Date of Birth: [redacted] | Phone Number: [redacted] | | |
| First Name | Middle Initial | Last Name | | | Share: % |
| Address – Street | | City | State | ZIP Code | |
| Relationship to Employee | Social Security Number | Date of Birth | Phone Number ( ) | | |
| First Name | Middle Initial | Last Name | | | Share: % |
| Address – Street | | City | State | ZIP Code | |
| Relationship to Employee | Social Security Number | Date of Birth | Phone Number ( ) | | |

Metropolitan Life Insurance Company            Page 1 of 3            GR-TR-BENE-MET1 (12/12) Fs

**Contingent Beneficiary** - Your second choice to receive your life insurance proceeds if ALL of your primary beneficiary(ies) are not living at the time of your death. If any contingent beneficiaries predecease you, that person's share will be equally divided among any remaining contingent beneficiaries.

| First Name | Middle Initial | Last Name | | | Share: % |
|---|---|---|---|---|---|
| Sheryl | A | Fisher | | | 100 |
| Address – Street | City | | State | ZIP Code | |
| 25814 Ryan Rd. | Warren | | MI | 48091 | |
| Relationship to Employee | Social Security Number | Date of Birth | Phone Number | | |
| Daughter | | | | | |

| First Name | Middle Initial | Last Name | | | Share: % |
|---|---|---|---|---|---|
| | | | | | |
| Address – Street | City | | State | ZIP Code | |
| | | | | | |
| Relationship to Employee | Social Security Number | Date of Birth | Phone Number ( ) | | |

☐ **B. Living Trust** – ☐ Primary   ☐ Contingent

If this form is executed by the insured, it is understood and agreed that if MetLife receives satisfactory proof that the aforesaid trust has been revoked or is not in effect at the insured's death, the beneficiary shall be the insured's Estate, unless otherwise indicated on this form.

| Trust Name | | Trust Date | Trustee Phone Number ( ) | | Share: % |
|---|---|---|---|---|---|
| | | | | | |
| Trustee – First Name | Middle Initial | Last Name | | | |
| | | | | | |
| Trustee Address – Street | City | | State | ZIP Code | |
| | | | | | |

☐ **C. Testamentary Trust Created in the Insured's Will** – ☐ Primary   ☐ Contingent

The trust(ee) under any last Will and Testament of mine as shall be admitted to probate.

| | Share: % |
|---|---|
| | |

☐ **D. Insured's Estate** – ☐ Primary   ☐ Contingent

If the Insured's Estate is selected as the Primary Beneficiary, no Contingent Beneficiary may be named.

☐ **E. Charity/Organization** – ☐ Primary   ☐ Contingent

Be sure to name the charity or organization and not the charity or organization director or an employee of that charity/organization.

| Charity/Organization Name | | Phone Number ( ) | | Share: % |
|---|---|---|---|---|
| | | | | |
| Address – Street | City | State | ZIP Code | |
| | | | | |

### SECTION IV - Signature

☐ Check if you are completing and signing this form as agent for the employee under a valid Power of Attorney. Return a copy of the Power of Attorney with this beneficiary form. The Power of Attorney paperwork is subject to review by MetLife.

I hereby revoke any previous designations, and I designate the person, people, or entity named in Section III as Beneficiary(ies). I reserve the right to change or revoke this designation at any time.

**Insured/Owner Name (Please Print)**

Kenneth Richard Henke

**Insured/Owner Signature**

*Kenneth Richard Henke*      8/21/14

Date (must be date form was completed)

### How to Submit This Form

Return this signed and completed form in the enclosed envelope and retain a copy for your records.

**Mailing Address:** MetLife Recordkeeping & Enrollment Services, P.O. Box 14406, Lexington, KY 40512-4406

**Phone Number:** 1-800-489-4646

**Please note: You MUST return all pages of this form.**