# EXHIBIT D

GROUP DIVISION     METROPOLITAN LIFE INSURANCE COMPANY

## EMPLOYE'S CHANGE OF BENEFICIARY
## UNDER THE GENERAL MOTORS GROUP INSURANCE PLAN

(Before Completing This Form, See the Reverse Side)

Group Policy No. 14000-G ☐     Social Security No. ███████
               15500-G ☒

IN ACCORDANCE WITH the above numbered Group Policy, I hereby revoke any previous designations of beneficiary and contingent beneficiary (if any) and designate as beneficiary (ies), in the event of my death,

¼% Brenda R. Henke - dshter - 15
¼% Sheryl A. Henke - dshter - 13
¼% Kenneth R. Henke, Jr - son - 10
   (First Name)     (Middle Initial)     (Last Name)     (Relationship)     (Age)
¼% Mark A. Henke - son - 9

residing at 314 E. Webster - Ferndale - Mich. 48220
   (Number)     (Street)     (City)     (State)     (Zip Code)

If more than one beneficiary is designated herein, then, in the event that any of the said beneficiaries shall be not living at my death, the share of such beneficiary shall be paid to the others of the said beneficiaries, in equal shares, or all to the survivor.

The right to change the beneficiary (ies) hereby designated is reserved.

Dated at Pont _____ this 15 day of Aug _____ 19 73

Signature of Employe (IN INK) Kenneth R. Henke

Pont Motor              Pont - Mich
(Plant or Division)              (Location)

### EMPLOYER'S SECTION

This Change of Beneficiary has been made a part of the Employe's Group Insurance records.

Date 9-15-73 _____ Endorsed by _____

G.20 GM (4-69) PRINTED IN U.S.A.