# EXHIBIT E

# STATE OF MICHIGAN
## CERTIFICATION OF VITAL RECORD
### COUNTY OF WASHTENAW
### STATE OF MICHIGAN

**STATE OF MICHIGAN**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CERTIFICATE OF DEATH**

State File Number: 3909704

| Field | Value |
|---|---|
| Decedent's Name | KENNETH RICHARD HENKE |
| Date of Birth | December 4, 1934 |
| Sex | Male |
| Date of Death | October 26, 2016 |
| Age | 81 |
| Location of Death | St. Joseph Mercy Hospital |
| City/Township of Death | Superior Township |
| County of Death | Washtenaw |
| Residence State | Michigan |
| County | Oakland |
| City | Lewiston |
| Street Address | 5641 County Road #612 |
| Zip | 49756 |
| Birthplace | Oxford, Michigan |
| Education | 12th grade |
| Race | White |
| Ancestry | German/Dutch |
| Hispanic | No |
| Armed Forces | Yes |
| Usual Occupation | Press Operator |
| Business/Industry | Automotive |
| Marital Status | Divorced |
| Father's Name | William Henke |
| Mother's Name | Esther Hendricks |
| Informant | Sheryl Fisher (Daughter), 5641 County Road #612, Lewiston, MI 49756 |
| Method of Disposition | Cremation |
| Place of Disposition | Perry Mount Park Crematory, Pontiac, Michigan |
| Funeral Director | Timothy R. Simpson, License 06326 |
| Funeral Facility | RIVERSIDE CHAPEL Simpson-Modetz Funeral Home, 5630 Pontiac Lake Rd., Waterford, MI 48327 |
| Time of Death | 15:45 |
| Pronounced Dead on | 10/26/2016 |
| Time Pronounced Dead | 15:45 |
| Medical Examiner Contacted | No |
| Place of Death | Hospital |
| Attending Physician | Dorothy Nair, MD |
| Date Signed | 10/28/2016 |
| License Number | 4301109730 |
| Certifying Physician | Scott Burner, 5301 E. Huron River Dr., P.O. Box 995, Ann Arbor, MI 48106 |
| Date Filed | NOV 08 2016 |
| Cause of Death | Septic Shock due to Clostridium difficile infection |
| Other Significant Conditions | ESRD |
| Manner of Death | Natural |
| Autopsy Performed | No |

FOR OFFICIAL VETERANS USE ONLY
ISSUED WITHOUT FEE

A758927

I, LAWRENCE KESTENBAUM, CLERK/REGISTER OF SAID COUNTY OF WASHTENAW DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document of file in my office.

DATED: 11/08/2016

LAWRENCE KESTENBAUM
WASHTENAW COUNTY CLERK/REGISTER

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE