# EXHIBIT F

Nov 17 2016 12:43:26   MetLife 16322057020171                                    Page 002

11/15/2016  12:03   2486742871          RIVERSIDE CHAPEL            PAGE 01/02



# Riverside Chapel

SIMPSON-MODETZ FUNERAL HOME
5680 PONTIAC LAKE ROAD, WATERFORD, MI 48327
PHONE (248) 674-4181
FAX 674-2871
*Family Owned and Operated*

## PAYMENT AUTHORIZATION

NAME OF DECEASED: Kenneth R. Henke

INSURANCE COMPANY: MetLife

POLICY NUMBER: 15500G

*The undersigned acknowledges:*

That he or she is a person legally entitled to make the funeral arrangements for the decedent whose life was insured under a life insurance policy, the proceeds of which were assigned to the funeral home to pay for the decedent's funeral;

That the Riverside Chapel, Simpson-Modetz Funeral Home has provided the decedent's funeral, including all funeral goods and services as stated;

That the undersigned discharges any further claims for goods or services in connection with decedent's funeral; and

That the Insurance Company is authorized to release the assigned policy proceeds for payment to the Riverside Chapel, Simpson-Modetz Funeral Home in the amount of $ 6417.70* and that the remainder of the proceeds of said insurance policy be paid to the beneficiary.

Signature of Beneficiary: Susan Sawyer
Social Security No.
Address: 264 W Ross CT Highland MI 48357
Date of Birth:
Signature of Funeral Director: Timothy R Simpson
Witness: Judy Sherding
Date signed: 11-7-16

# STATE OF MICHIGAN
## CERTIFICATION OF VITAL RECORD

## COUNTY OF WASHTENAW
### STATE OF MICHIGAN

**STATE OF MICHIGAN**
DEPARTMENT OF HEALTH AND HUMAN SERVICES
**CERTIFICATE OF DEATH**

D2016-05246
Pages: 1 of 1   DCT
[barcode]
3309704

**1. DECEDENT'S NAME:** KENNETH RICHARD HENKE
**2. DATE OF BIRTH:** December 4, 1934
**3. SEX:** Male
**4. DATE OF DEATH:** October 26, 2016
**6a. AGE:** 81

**12. LOCATION OF DEATH:** St. Joseph Mercy Hospital
**7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH:** Superior Township
**7c. COUNTY OF DEATH:** Washtenaw

**8a. CURRENT RESIDENCE – STATE:** Michigan
**8b. COUNTY:** Oakland
**8c. LOCALITY:** Lewiston
**8d. STREET AND NUMBER:** 5641 County Road #612
**9a. ZIP CODE:** 49756
**9b. BIRTHPLACE:** Oxford, Michigan
**11. DECEDENT'S EDUCATION:** 12th grade

**13. RACE:** White
**14a. ANCESTRY:** German/Dutch
**13b. HISPANIC ORIGIN:** No
**14. EVER IN U.S. ARMED FORCES:** Yes

**15. USUAL OCCUPATION:** Press Operator
**16. KIND OF BUSINESS OR INDUSTRY:** Automotive
**17. MARITAL STATUS:** Divorced

**19. FATHER'S NAME:** William Henke
**20. MOTHER'S NAME BEFORE FIRST MARRIED:** Esther Hendricks

**21a. INFORMANT'S NAME:** Sheryl Fisher
**21b. RELATIONSHIP TO DECEDENT:** Daughter
**21c. MAILING ADDRESS:** 5641 County Road #612, Lewiston, MI 49756

**22. METHOD OF DISPOSITION:** Cremation
**22a. PLACE OF DISPOSITION:** Perry Mount Park Crematory
**22b. LOCATION:** Pontiac, Michigan

**23. SIGNATURE OF MORTUARY SCIENCE LICENSEE:** Timothy R. Simpson
**23a. LICENSE NUMBER:** 06326
**23b. NAME AND ADDRESS OF FUNERAL FACILITY:** RIVERSIDE CHAPEL Simpson-Modetz Funeral Home, 5690 Pontiac Lake Rd., Waterford, MI 48327

**29a. ACTUAL OR PRESUMED TIME OF DEATH:** 13:45 M
**29b. PRONOUNCED DEAD ON:** 10/26/2016
**29c. TIME PRONOUNCED DEAD:** 13:45
**29d. MEDICAL EXAMINER CONTACTED:** No
**29e. PLACE OF DEATH:** Hospital

**Signature:** Scott [illegible] MD
**32. DATE SIGNED:** 10/26/2016
**32a. LICENSE NUMBER:** 4301109730
**33. NAME OF ATTENDING PHYSICIAN:** Timothy Nay MD

**34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN:** Scott Burner, 5301 E. Huron River Dr., P.O. Box 995, Ann Arbor, MI 48106

**35. REGISTRAR'S SIGNATURE:** Lawrence Kestenbaum
**35a. DATE FILED:** NOV 08 2016

**CAUSE OF DEATH:**
Part I:
a. Septic Shock — hours
b. Clostridium difficile infection — hours

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: ESRD, LHF

**37. DID TOBACCO USE CONTRIBUTE TO DEATH:** No
**38. IF FEMALE:** [n/a]

**39. MANNER OF DEATH:** Natural
**39a. WAS AN AUTOPSY PERFORMED:** No

A758926

I, LAWRENCE KESTENBAUM, CLERK/REGISTER OF SAID COUNTY OF WASHTENAW DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document of file in my office.

DATED: 11/08/2016

LAWRENCE KESTENBAUM
WASHTENAW COUNTY CLERK/REGISTER