# EXHIBIT G

16326068490011

**MetLife**

**GM Benefits & Services Center**
Claim Number 21611001002

# Life insurance claim form
Use this form to submit your claim for a life insurance policy payment.

**Things to know before you begin**
- Each beneficiary submitting a claim must complete and submit a separate claim form. However, we only need one death certificate.
- Please answer each question fully and accurately. If you return this form with missing or incorrect information, it will delay your claim.
- You may have to send us other documents with this claim. See the list in *Section 6: How to submit this form.*

❗ Please correct and initial any errors on the form.

## SECTION 1: About you

Tell us in what capacity you're making a claim *(check one)*:
☒ Individual beneficiary
☐ Representative of a trust, estate or other organization

Your relationship to the person who died *(check one)*:
☐ Spouse/Partner   ☐ Parent   ☐ Child
☐ Trust/Estate/Charity   ☒ Other *(please explain)* Friend

Your name *(first, middle, last)* - Please print your name the way you want it to appear on your payment.

| First SUSAN | Middle | Last SAWYER |
|---|---|---|
| Susan | D | SAWYER |

Maiden or other names *(if applicable)*

Mailing address *(Street number and name, apartment or suite)*
264 WEST ROSS CT

| City | State | ZIP code |
|---|---|---|
| HIGHLAND | MI | 48357 |

| Date of birth *(mm/dd/yyyy)* | Sex *(M/F)* Female | Social Security Number | Country of Citizenship United States of America |

Trust/Estate/Other Organization Name

Date of Trust *(mm/dd/yyyy)*

Tax Identification Number *(Trust, Estate, or other Organization)*

☐ Phone number   ☒ Cell phone number   ☐ Email address

Have you signed a document with a funeral home that authorizes us to make a payment directly to them? This document is usually referred to as a funeral home assignment.

☐ No   ☒ Yes - If yes, please send us a copy of the document with this claim form.

16326068490011

Claim Number 21611001002



## SECTION 5: Certification and signature

By signing this claim form, you certify that:

- All the information you have given is true and complete to the best of your knowledge.
- Any contributions owed by the insured will be deducted from the insurance proceeds paid to me.
- If we overpay you, we have the right to recover the amount we overpaid. This can happen if we find we've paid you more than you're entitled to under this life insurance claim, or if we paid you when we should have paid someone else. You agree to repay us the amount we overpaid. You also understand that if you do not repay us, we may take steps, including legal action, to recover the overpayment.
- You have read the Claim Fraud Warnings included with this form. New York residents: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime; and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation

Under the penalties of perjury I certify:

1. That the number shown as my Social Security Number or Tax Identification Number in "Section 1: About you" above is my correct taxpayer identification number, and
2. That I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen, resident alien, or other U.S. person*, and
4. I am not subject to FATCA reporting because I am a U.S. person* and the account is located within the United States.

*(Please note: You must cross out Item 2 above if the IRS has notified you that you are currently subject to backup withholding because you failed to report all interest or dividend income on your tax return.)*

*\*If you are not a U.S. Citizen, a U.S. resident alien or other U.S. person for tax purposes, please cross out items 3 and 4 above, and complete and submit form W-8BEN (individuals) or W-8BEN-E (entities).*

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. You must complete this certification to avoid 28% withholding with respect to taxable amounts.

 Signature of person making the claim  
*Susan Sawyer*

Date signed *(mm/dd/yyyy)*  
NOV 10, 2016

# STATE OF MICHIGAN
## CERTIFICATION OF VITAL RECORD

### COUNTY OF WASHTENAW
### STATE OF MICHIGAN

**STATE OF MICHIGAN**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CERTIFICATE OF DEATH**

State File Number: 4309704

| Field | Value |
|---|---|
| 1. Decedent's Name | KENNETH RICHARD HENKE |
| 2. Date of Birth | December 4, 1934 |
| 3. Sex | Male |
| 4. Date of Death | October 26, 2016 |
| 5. Age | 81 |
| 7a. Place of Death | St. Joseph Mercy Hospital |
| 7b. City/Township | Superior Township |
| 7c. County | Washtenaw |
| 8a. State | Michigan |
| 8b. County | Oakland |
| 8c. Locality | Lewiston |
| 8d. Street | 5641 County Road #612 |
| Zip | 49756 |
| Birthplace | Oxford, Michigan |
| Education | 12th grade |
| Race | White |
| Ancestry | German/Dutch |
| Armed Forces | Yes |
| Usual Occupation | Press Operator |
| Kind of Business | Automotive |
| Marital Status | Divorced |
| Father's Name | William Henke |
| Mother's Name | Esther Hendricks |
| Informant | Sheryl Fisher, Daughter, 5641 County Road #612, Lewiston, MI 49756 |
| Method of Disposition | Cremation |
| Place of Disposition | Perry Mount Park Crematory, Pontiac, Michigan |
| Funeral Director | Timothy R. Simpson, 06326 |
| Funeral Facility | RIVERSIDE CHAPEL, Simpson-Modetz Funeral Home, 5630 Pontiac Lake Rd., Waterford, MI |
| Actual/Presumed Time of Death | 15:45 |
| Pronounced Dead On | 10/26/2016 |
| Time Pronounced Dead | 15:45 |
| Place of Death | Hospital / Inpatient |
| Certifying Physician | Preethi Nair MD |
| Date Signed | 10/28/2016 |
| License Number | 4801109730 |
| Certifying Physician Address | Scott Burner, 5301 E. Huron River Dr., P.O. Box 995, Ann Arbor, MI 48106 |
| Date Filed | NOV 08 2016 |
| Cause of Death (a) | Septic Shock |
| (b) | Clostridium difficile infection |

FOR OFFICIAL VETERANS USE ONLY
ISSUED WITHOUT FEE

Manner of Death: Natural

A758927

I, LAWRENCE KESTENBAUM, CLERK/REGISTER OF SAID COUNTY OF WASHTENAW DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document of file in my office.

DATED: 11/08/2016

LAWRENCE KESTENBAUM
WASHTENAW COUNTY CLERK/REGISTER

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE