# EXHIBIT H

16322056400041

To: MetLife

This is a letter in reference to Kenneth Henke legal life insurance policy reference number: W655529-28. I Sheryl Fisher, in response to death of Kenneth Henke my father is submitting a Rival Claim number 21611001002.

After further review of dads Life Insurance this is my findings:

1) In the presence and witness of a UAW Lawyer (female). I Sheryl Fisher, Alex Fisher, (father) Kenneth Henke and Susan Sawyer-Teem as a family discuss all issue regarding financial and medical.
2) In discussion of financial and medical it was asked of me, Sheryl Fisher, to be director of said finances. I replied, "No, that I didn't feel comfortable with being director of dad's financial estate. Susan Sawyer was never asked by Kenneth Henke to be financial director at said time.
3) Next, I Sheryl Fisher, being asked by my father if I would consider being medical director. I replied, "Yes, with honor."
4) Kenneth Henke had a prior UAW policy which he altered back around 2004. We do not know what changes were made on said policy.
5) In this meeting, I suggested to my father that he should have a Professional Financial Advisor to be overseer of his estate. But I stated to him it was up to you what you thought was best.
6) Another thing to note is that neither of these siblings were asked to be present at this meeting. They were Brenda Beecher and Kenneth Henke Jr. Also, Mark Henke was at the meeting but due to mental issues wasn't capable of participating and retained himself in another room.
7) In considering of said policy I was only aware of this one discussion in who would be beneficiary. It was clear that Brenda Beecher and Kenneth Henke Jr. we're not to be included as beneficiary. Mark Henke was only stated by dad that he would be taken care of...to what means is not clear.
8) Finally, dad clearly stated, by his own wishes, that I would be beneficiary because he never had to financially help me in any form or matter. He then looked at Alex Fisher and said, "I appreciate all that you have done for my daughter. And I respect you as a man doing what God would have you do."

Summary: Why I feel this way? My father and I have always been close prior to Susan coming into his life. Out of all dad's siblings he trusted me the most. However, upon him moving in with Susan, my relationship with dad changed. I even offered to buy a bigger home for him and Mark to live with me so that I could provide for their personal and medical needs. But he refused my offer. What is upsetting and very strange is that every phone call I made was put on speaker phone. This was uncomfortable and unacceptable knowing that Susan was listening to said conversation. I was never allowed to enter her premises to see my dad.

And Inclusion: Please take into consideration the facts of this situation. I do know my father was being manipulated by Susan. I feel a lot of changes have been made concerning dad and Mark in the last year without any of his children's knowledge including the changing of Doctors that they had for years. And at the funeral home Susan approached me to let me know that I had been removed from

16322056400041

the policy. Her own words quoting to me, "You are no longer on the policy sweetie as of a month ago." This why I felt it necessary to contact you in regards to this matter.

Signature _Sheryl L Fisher_

Witness _Karinna Williams_

Karissa Williams
Notary Public, State of Michigan
County of Otsego
Acting in the County of _Otsego_
My Commission Expires 3/18/2022

16326069180001

Claim # 216100002                      11-21-16

To Whom it May Concern

Ken Henke is my father-in-law, we had a very close relelationship. He told me on 4 different occasions at least, changing his will

1. Kenny got his, he paid for personal matters throughout his life

2. Brenda got hers, paid for her storage & personal matter throughout her life

3. Right now I am taking care of, Mark don't worry about him

4. Sheryl is the only one self-sufficient, ~~don~~ ~~be you & her~~ ~~financially have~~ I have never had to worry about you & Sheryl you are self-sufficient paying your own way financially taking care of yourself

16326069180001

DAD said night after his retirement, he told me that he left Sheryl an Insurance Policy from GM (30,000 at time) to take care of my funeral & Make sure Mark is taken care of. He went into detail about his wishes of funeral, & burial, 2 xtra plots & he wants to be next to Mom leaving 1 for Mark. Stating Mom needs a headstone, I temporarily made one for "Betty Henke" his wife (deceased). Stating Sheryl is in charge of Medical, Susan Sawyer-Tsen, finance he said she will make sure only Bills are paid. Stating she gets

16326069180001

nothing of Ins. Money
I am taking Care of her
He stated this in 2009
Again. Can't remember
all the dates, sorry

Alexander F. Fisher

State of MI
County of Otsego
11/21/16
Sworn & Subscribed
on 11/21/16 Alexander F Fisher

Judy McKinley
Notary Public, State of Michigan
County of Otsego
Commission Expires: 4/20/2021

CLAIM 16376068730001001002

To Whom it may concern:

My name is Randy Kenpo and I was helping and looking after Mr henke and his son mark. In this time Mr henke and I had a few conversations about what he would like to do if he was to pass away because he was not doing real well health wise.

1) He wanted to make sure that his son mark was taken care of and looked after.

2) Mr henke also stated to me on more than one occassion that he was not going to leave nothing to his son kenny or his daughter brenda, because they would do nothing but piss it away.

3) Mr henke did tell me that he wanted to leave something to alex and his wife because he loved alex to death, because alex was always there when something needed done. For example, he was there when alex and his wife came from down state to fix and patch

16326068730001

the roof on his house because it was leaking. there were many things that alex had did to Mr. Kanipe too many to write them all down.

This is what I remember of the conversations between Mr. Kanipe and myself

Randy Kanipe

RANDY KANIPE

* I verified Randy Kanipe by his driver's license on this 18th day of November 2016. *

Sarah J cassar ... acting in Otsego county, MI

Sarah J cassar ... commission expires July 2021

Sarah J. Cassar
Notary Public, Otsego County MI
My Commission Expires: July 2021